IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

DEANO S. ESPOSITA,

     Appellant,

v.

     Case No.  5D22-425
     LT Case No. 2009-CA-6648-14-W

SUNTRUST BANK, AMY C. ESPOSITA,
REGIONS BANK D/B/A AMSOUTH BANK
AND MAGNOLIA PLANTATION
HOMEOWNERS ASSOCIATION, INC.,

     Appellees.

_____/

Decision filed June 13, 2023

Appeal from the Circuit Court
for Seminole County,
Susan Stacy, Judge.

Deano S. Esposita, Kissimmee,
pro se.

Gennifer L. Bridges and Eric
S. Golden, of Burr & Forman
LLP, Orlando, for Appellee.


PER CURIAM.

     AFFIRMED.


WALLIS, SOUD and BOATWRIGHT, JJ., concur.